

**BASS LAW FIRM**
CRAIG L. BASS, P.C.
ATTORNEY-AT-LAW

440 N. Fredonia Street                                              P.O. Box 428
Longview, Texas 75601                              Longview, Texas 75606-0428
Ph: (903) 212-2608                                          Fax: (903) 212-2610

March 3, 2021

Dear Judges and Staff,

    Please allow this correspondence to act as a vacation notice.  I will be out of town and unavailable on March 15-22, April 2-5, May 28-June 1, June 21-28, July 2-6, July 19-26, September 3-6, November 19-26 and December 20, 2021-January 4, 2022.

    Your professional courtesy in this matter is greatly appreciated.

Sincerely,

Craig L. Bass

/gg

cc:   Via Facsimile: 903-590-1081
      Judge Mitchell

      Via Facsimile: 903-792-0367
      Judge Craven

      Via Facsimile: 409-654-6280
      Judge Clark

      Via Facsimile: 903-590-1168
      Judge Love

Via Facsimile: 903-590-1095
Judge Kernodle

Via Facsimile: 903-590-1190
Judge Barker

Via Facsimile: 903-938-7819
Judge  Payne

Via Facsimile: 903-935-2295
Judge  Gilstrap

Via Facsimile: 903-794-1224
Judge Schroeder

Via Facsimile: 318-676-3274
Judge Mark Hornsby

Via Facsimile: 318-676-3059
Honorable Judge Maurice Hicks, Jr.

Via Facsimile: 903-236-8603
Judge Novy

Via Facsimile: 903-236-0747
Judge Charles

Via Facsimile: 903-234-3150
Judge Womack

Via Facsimile: 903-234-3112
Judge Dulweber

Via Facsimile: 903-237-2517
Judge Phillips

Via Facsimile: 903-236-8490
Tom Watson, District Attorney

Via Facsimile: 903-843-5109
Judge Fowler

Via Facsimile: 903-843-0827
Judge Tefteller

Via Facsimile: 903-843-3661
Billy Byrd, District Attorney

Via Facsimile: (903) 934-9668
Judge Joe Black

Via Facsimile: (903) 935-9963
Judge Brad Morin

Via Facsimile: (903) 935-4836
Reid McCain, Harrison County District Attorney