| | |
|---|---|
| DATE: | 9/21/2021 |
| LOCATION: | Tyler |
| JUDGE: | JOHN D. LOVE |
| DEP.CLERK: | S. Baum |
| RPTR/ECRO: | S. Baum |
| USPO: | |
| INTERPRETER: | |
| START TIME: | 2:01 |
| END TIME: | 2:25 |

CASE NUMBER 6:20-CR-00097-JCB

UNITED STATES OF AMERICA
V.
JESUS SALAIZ (3)

*Ryan Locker   Craig Bass*

☐ Interpreter Flag ☐

## CHANGE OF PLEA HEARING

| | | | |
|---|---|---|---|
| ☑ | Change of Plea Hearing called | ☑ | Change of Plea Hearing held |
| ☑ | Dft Appears with counsel | | |
| ☑ | Dft sworn | ☐ | Dft's first appearance with counsel |
| ☑ | Dft advised of charges | ☐ | Dft advised of right to counsel |
| ☑ | Dft advised of maximum penalties | ☑ | Dft received copy of charges |
| ☐ | Charges read | ☑ | Waived reading of charges |
| ☐ | Advised of right to remain silent | ☑ | Discussed charges with counsel |
| ☑ | No pressure to plead | | |
| ☑ | Consent to plea before US Magistrate Judge | ☑ | Parties waive their time period for objections |
| ☑ | Dft enters a guilty plea to count(s) 1 | ☑ | Court finds plea voluntary, knowledgeable |
| ☑ | Factual Basis established | ☑ | Plea Agreement accepted and filed |
| ☑ | Elements of offense filed | ☑ | Factual resume filed |
| ☐ | Dft continued on bond | ☐ | Order of Detention (filed electronically) |
| ☑ | Dft remanded to the custody of the US Marshal | ☐ | Find of facts (filed electronically) |