IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No.  6:20-CR-97-03 |
| v. | § | |
| | § | JUDGES JCB/JDL |
| JESUS SALAIZ (03) | § | |

**FACTUAL BASIS**

Investigation by the Bureau of Alcohol, Tobacco, Firearms, and Explosives
(BATFE), Drug Enforcement Administration (DEA), Texas Department of Public Safety,
and the Gregg County Sheriff's Office disclosed the following facts that establish that I,
the defendant, **Jesus Salaiz**, committed the conduct described in Count 1 of the
indictment, which charges a violation of 21 U.S.C. § 846 (conspiracy to distribute and to
possess with intent to distribute methamphetamine).  I agree that the following factual
basis is true and correct:

1.      Beginning in or about September 2019, I knowingly and intentionally
combined, conspired, confederated, and agreed with others, including co-defendants in
this case, to distribute methamphetamine in the Eastern District of Texas.  It was the
objective of the conspiracy to earn a profit by possessing with the intent to distribute and
distributing at least 50 grams or more of actual methamphetamine or 500 grams or more
of a mixture or substance containing a detectable amount of methamphetamine.  Within
the conspiracy, I served as a distributor of methamphetamine to street-level dealers,
receiving the drugs from my supplier and then selling them to others for profit.  I knew

Factual Basis - Page 1

that those others whom I supplied would further distribute the methamphetamine before it was purchased by end users. I stipulate that: (1) I was personally responsible for the distribution of at least 50 grams of actual methamphetamine, (2) my co-conspirators and I distributed at least that amount during my involvement in the conspiracy, and (3) such distribution was part of the jointly undertaken activities of the conspiracy.

2.      I had agreed with my co-conspirators, including my co-defendants in this case, to violate federal drug laws by facilitating the purchase and distribution of methamphetamine in the Longview, Texas areas, which are in the Eastern District of Texas. I knew that the objective of the conspiracy was to distribute methamphetamine, and I knowingly involved myself in the conspiracy. My co-conspirators and I were interdependent upon each other to achieve our objectives of purchasing and distributing methamphetamine.

3.      On October 23, 2019, I was lawfully stopped by Longview Police for a traffic violation. At the time of the stop, I did not have a valid driver's license and I did not have valid insurance on my vehicle. Based on these offenses, I was arrested, and my vehicle was lawfully searched. During the search, the officers located a baggie of methamphetamine among my belongings. I stipulate that I possessed that baggie of methamphetamine with the intent to distribute it to others. The methamphetamine was later tested by a laboratory and determined to be 56.0 grams of actual methamphetamine. I stipulate that this act was pursuant to my participation in the conspiracy charged in Count 1 of the indictment.

4.      I am pleading guilty to Count 1 in this case because I am guilty of the

violation alleged.  I have had an opportunity to consult with an attorney and I am satisfied

with the advice and counsel provided to me.  I acknowledge that these acts violated 21

U.S.C. § 846.  I hereby stipulate that the facts described above are true and correct, and I

accept them as the uncontested facts of this case.

5.      I stipulate and agree to forfeit any and all interest I may have in the

following property to the United States because the property constitutes contraband,

instrumentalities of my offenses, or proceeds traceable to the illegal activity described in

the indictment or was used or intended for use to facilitate the offense described in the

indictment:

a.      a money judgment in the amount of $5,000.00, which represents proceeds

obtained by me as a result of the offense alleged in Count 1 of the indictment and

relevant conduct, for which I am personally liable.

Dated: 9/1/21

JESUS SALAIZ
Defendant

**Factual Basis - Page 3**

I have reviewed this Factual Basis with the defendant.  Based on these discussions,

I am satisfied that he understands the terms and effect of the Factual Basis and that he has

signed it voluntarily.

Dated: _____

CRAIG BASS
Attorney for Defendant

**Factual Basis - Page 4**